**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: K.E.S. | : | No. 38 WAL 2017 |
| | : | |
| | : | |
| PETITION OF: A.O., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: O.R.S. | : | No. 39 WAL 2017 |
| | : | |
| | : | |
| PETITION OF: A.O., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: K.S., A MINOR | : | No. 40 WAL 2017 |
| | : | |
| | : | |
| PETITION OF: A.O., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: O.R.S., A MINOR | : | No. 41 WAL 2017 |
| | : | |
| | : | |
| PETITION OF: A.O. MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.